UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 09-20525

Honorable John Corbett O'Meara

v.

ALI CHAMI,

        Defendant.

_____/

**ORDER DENYING
DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE**

This matter came before the court on defendant Ali Chami's July 10, 2015 Motion to Terminate Supervised Release Probation. The government filed a response July 27, 2015. No reply was filed, and no oral argument was heard.

Pursuant to 18 U.S.C. § 3583(e), a district court has the discretion to terminate a term of supervised release "at any time after the expiration of one year of supervised release . . . ." Defendant Chami is currently incarcerated and has not yet begun serving his eight-year term of supervised release. Therefore, it is hereby **ORDERED** that defendant Chami's motion to terminate supervised release is **DENIED.**

                                      s/John Corbett O'Meara
                                      United States District Judge

Date: August 13, 2015

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 13, 2015, using the ECF system and/or ordinary mail.

                                      s/William Barkholz
                                      Case Manager