UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                           Case No. 09-20525

v.                                                   Honorable John Corbett O'Meara

ALI CHAMI,

    Defendant.
    _____/

## ORDER DENYING
## DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE

This matter came before the court on defendant Ali Chami's April 25, 2017 motion to terminate supervised release. The government filed a response May 10, 2017. No reply was filed, and no oral argument was heard.

Chami first filed a motion to terminate supervised release July 10, 2010, even before he began serving his eight-year term of supervised release. That motion was denied August 13, 2015. Chami has now filed a second motion, again stating that he has suffered a heart attack and now adding that would like to be able to visit his ailing mother.

Chami has provided no reason for the court to exercise its discretion in his favor. The terms of his supervised release are not unduly burdensome. In addition, one of

his reasons to terminate from supervision, to be able to visit his mother, would necessitate his obtaining a passport. However, twice Chami has been convicted of transporting narcotics over the border. Therefore, the court will deny his motion for early termination of the order of supervised release.

## **ORDER**

It is hereby **ORDERED** that defendant Chami's April 25, 2017 motion to terminate supervised release is **DENIED.**

                                          s/John Corbett O'Meara
                                          United States District Judge

Date: June 19, 2017


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 21, 2017, using the ECF system and/or ordinary mail.

                                          s/William Barkholz
                                          Case Manager